UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DEWAR,
    Plaintiff,

v.

ANTHONY DAVID,
    Defendant.

Case No. 15-cv-00113-JD

**ORDER DENYING REMAND**

Re: Dkt. No. 51

Plaintiff James Dewar asks to remand this case back to the Circuit Court of Cook County in Illinois, where he originally filed it. Dkt. No. 51 at 1.[1] Defendant removed under 28 U.S.C. § 1441(b), which creates federal jurisdiction when the parties are from different states and the amount in controversy exceeds $75,000.

Mr. Dewar contends that the amount in controversy does not meet the required threshold because "the crux of what [he] seeks to accomplish by this action is to obtain an accounting of the Trust." *Id.* at 4. While that might be the crux of plaintiff's goals in this case, his argument ignores the fact that the First Amended Complaint ("FAC") includes, among other demands, a request for a declaratory judgment for the "remaining principal in the Trust." FAC ¶ 64, Dkt. No. 20-1. When an action seeks declaratory relief, "it is well established that the amount in controversy is measured by the value of the object of the litigation." *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (quoting *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977)); *see also Chapman v. Deutsche Bank Nat. Trust Co.*, 651 F.3d 1039, 1045 (9th Cir. 2011)

---

[1] After Dewar filed in the Circuit Court of Cook County, defendant Anthony David removed the case to the Northern District of Illinois and filed a motion to dismiss, or in the alternative, to transfer to the Northern District of California. Dkt. Nos. 1, 10. The motion to transfer was granted. Dkt. No. 24.

1  (determining that the amount in controversy was equal to the assessment value of the "object in
2  litigation," or property).  When Mr. Dewar filed his FAC on March 13, 2013, the trust account
3  exceeded $500,000.00.  Dkt. No. 1; David Decl. ¶ 14, Dkt. No. 54-1.  Currently, the value is
4  approximately $920,000.000.  *Id.* ¶ 15.  Because the "object in litigation" is, in part, the remaining
5  principal in the trust, and the amount of the principal exceeds the required $75,000, jurisdiction is
6  proper.

   **IT IS SO ORDERED.**

   Dated: May 1, 2015

   _____
   JAMES DONATO
   United States District Judge